## 60030. DAVIDSON et al. v. BECKER.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36. Becker's motion for damages under Code § 6-1801 is denied. *Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED JUNE 5, 1980 — DECIDED
OCTOBER 22, 1980.

*Stanley H. Nylen,* for appellant.
*Martin L. Fierman,* for appellee.